UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NORMAN GOTCHER, JR., | |
| Plaintiff, | CASE NO.   C06-598-RSL-MJB |
| v. | |
| HAROLD CLARKE, *et al.*, | ORDER DENYING PLAINTIFF'S APPLICATION TO PROCEED |
| Defendants. | *IN FORMA PAUPERIS* |

This is a civil rights complaint brought under 42 U.S.C. § 1983. On June 21, 2006, the Court issued an Order denying plaintiff's application for leave to proceed with this action *in forma pauperis*. The Court based its ruling on the fact that plaintiff's application was barred by 28 U.S.C. § 1915(g) because plaintiff had three prior lawsuits dismissed pursuant to § 1915(g), and because plaintiff had made no showing that he was under imminent danger of serious physical injury. Plaintiff now seeks reconsideration of the Court's June 21, 2006, Order.[1]

Motions for reconsideration are disfavored and will be granted only in limited circumstances. The Court will ordinarily deny motions for reconsideration "in the absence of a

---

[1] The Court construes plaintiff's "Reply to Order Denying His Request to Proceed In Forma Pauperis" as a motion for reconsideration.

ORDER DENYING PLAINTIFF'S
APPLICATION TO PROCEED
*IN FORMA PAUPERIS* - 1

1  showing of manifest error in the prior ruling or a showing of new facts or legal authority which

2  could not have been brought to its attention earlier with reasonable diligence." Local Rule CR

3  7(h)(1).  Plaintiff fails to persuade this Court that it's prior ruling was erroneous.

4        Plaintiff objects to the Court's denial of his application to proceed *in forma pauperis* on the

5  grounds that he has established that he is indigent, and that he has identified a liberty interest which

6  is at stake and which places him in imminent danger of future harm.  Plaintiff, however, offers no

7  new facts showing that he is under imminent danger of serious physical injury.  Absent such a

8  showing, the Court can only conclude that plaintiff's application to proceed *in forma pauperis* is

9  barred under §1915(g).  Accordingly, plaintiff's motion for reconsideration (Dkt. No. 7) is

10  DENIED.

11        DATED this 2nd day of August, 2006.

13  _____
                Robert S. Lasnik
14                  United States District Judge

16  Recommended for Entry
this 1st day of August, 2006

18

19    /s/Monica J. Benton
MONICA J. BENTON
United States Magistrate Judge

25  ORDER DENYING PLAINTIFF'S
APPLICATION TO PROCEED
26  *IN FORMA PAUPERIS* - 2