UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NORMAN GOTCHER, JR., | ) |
| Plaintiff, | ) CASE NO.   C06-598-RSL-MJB |
| v. | ) |
| | ) ORDER DISMISSING ACTION |
| HAROLD CLARKE, *et al.*, | ) |
| Defendants. | ) |

This is a civil rights action brought under 42 U.S.C. § 1983. The Court received this action for filing on April 28, 2006. On June 21, 2006, this Court issued an Order denying petitioner's application to proceed *in forma pauperis* on the grounds that plaintiff's application was barred by 28 U.S.C. § 1915(g). The Court granted plaintiff thirty days to pay the filing fee and advised him that his failure to timely pay the fee would result in dismissal of this action.

On July 7, 2006, plaintiff filed a "reply" to the Court's June 21, 2006, Order in which he objected to the Court's denial of his application to proceed *in forma pauperis*. The Court construed plaintiff's reply brief as a motion for reconsideration, and issued an Order denying the motion for reconsideration on August 2, 2006.

ORDER DISMISSING ACTION
PAGE - 1

1     Over thirty days have now passed since the Court denied plaintiff's motion for

2 reconsideration and plaintiff has yet to pay the filing fee. Accordingly, the instant action is

3 DISMISSED without prejudice.

4     The Clerk is directed to send copies of this Order to petitioner and to the Hon. Monica J.

5 Benton.

6     DATED this 12th day of September, 2006.

7

8                                       Robert S. Lasnik
                                        United States District Judge

9

10 Recommended for entry this
8th day of September, 2006.

11

12   Monica J. Benton
MONICA J. BENTON

13 United States Magistrate Judge

14

15

16

17

18

19

20

21

22

23

24

25

26 ORDER DISMISSING ACTION
PAGE - 2